IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60318
Conference Calendar
_____

SMART IMHANSIONAN IYANOBOR,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
A41-542-100
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Smart I. Iyanobor, a Nigerian citizen, asserts that the Board of Immigration Appeals (BIA) abused its discretion in denying the motion to reopen the deportation proceedings. Iyanobor's application did not establish eligibility for waiver of inadmissibility. See I.N.S. v. Doherty, 502 U.S. 314, 323 (1992); Osuchukwu v. I.N.S., 744 F.2d 1136, 1139 (5th Cir. 1984).

The petition for review is DENIED.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.